UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL LEDVINA,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No. 19-cv-08206-JST<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties failed to file a joint case management statement by March 31, 2020 as required by prior order. *See* ECF No. 17.

The case management conference currently scheduled for April 7, 2020 is continued to April 21, 2020 at 2:00 p.m. At the same date and time, the parties, their lawyers, and each of them, are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed against them for their violation of a court order. *See Roadway Express, Inc. v. Piper,* 447 U.S. 752, 764-67 (1980) (holding that federal courts have inherent power to impose monetary sanctions for willful disobedience of a court order after a litigant has been given notice and an opportunity to be heard). A written response to this order to show cause is due by April 14, 2020.

**IT IS SO ORDERED.**

Dated: April 3, 2020

                                            JON S. TIGAR
                                       United States District Judge